**2003–0038.  Goodlett v. Ohio Cas. Group.**
Butler App. No. CA2002–04–090. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of the joint application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–0116.  Goodlett v. Ohio Cas. Group.**
Butler App. No. CA2002–04–090. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Butler County. Upon consideration of the joint application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *04/17/2003 Case Announcements,* 2003-Ohio-1933.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 17, 2003*

## MOTION AND PROCEDURAL RULINGS

**1999–0040.  Lincoln v. ANR Advance Transp. Co.**
Montgomery App. No. 16975. This cause is pending before the court as a discretionary appeal. On March 19, 1999, this court stayed proceedings in this matter pending disposition of appellant's bankruptcy proceedings. On October 11, 2002, this court ordered appellant to file a notice advising the court of the status of those proceedings. It appearing to the court that appellant has failed to comply with the October 11, 2002 order,
   IT IS ORDERED by the court that appellant show cause, within twenty days of this entry, why this cause should not be dismissed.